| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

| | | |
|---|---|---|
| CHARLEAS WILKERSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 1:09-CV-444 |
| | § | |
| TIME WARNER CABLE, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The court referred this matter to United States Magistrate Judge Keith F. Giblin for consideration and recommended disposition of case-dispositive pretrial motions. The parties filed a joint motion to dismiss without prejudice, subject to certain stipulations for which they requested court approval.

Judge Giblin approved the parties' stipulations and issued a report and recommendation (#15) on the agreed motion to dismiss. He recommended that the court grant the joint motion to dismiss. Neither party objects. It is therefore **ORDERED** that the Joint Motion to Dismiss Without Prejudice and Stipulations (#12) is **GRANTED**. The magistrate judge's report is hereby **ADOPTED** and his order approving the parties' stipulations (#13) is **RATIFIED**. The purpose of the referral having been served, the reference to the magistrate judge is **VACATED**. A judgment of dismissal without prejudice will be entered separately.

SIGNED at Beaumont, Texas, this 8th day of October, 2009.

*/s/ Marcia A. Crone*
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE